EDNA W. MINION and Another, Appellants, v. CLARA F. WARNER, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

GEORGE MOSKOWITZ, Appellant, v. HENRY DAVIDSON, Respondent.— The attention of the moving party is called to section 65 of the Code of Civil Procedure. Until that section is complied with, and the time therein specified has elapsed, no action can be taken in this matter. Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THOMAS O'CONNOR, Appellant, v. JOHN O'CONNOR, Respondent.— Motion granted, and case set down for Friday, January 17, 1919. Present Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK D. DE GORIO, etc., Appellant.— Motion granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

AARON E. SELIG, Respondent and Appellant, v. LEO J. ALEXANDER, Appellant and Respondent.— Motions denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam and Kelly, JJ.; Jaycox, J., not voting.

STAR COMPANY, Appellant, v. EDWARD F. BRUSH, as Mayor of the City of Mount Vernon, and Others, Respondents.— Motion to resettle order granted, and order signed. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

STUART A. STEPHENSON, as Administrator, etc., Plaintiff, v. MAX MENDELSON and Others, Defendants.— Motion for stay denied, without costs. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

PLACIDO APREA, Appellant, v. ANTHONY CIPOLLA, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The agreement under which plaintiff was employed states that plaintiff " takes charge as partner of the metal department with one-half share of the net profits." This distinguishes the case at bar from the cases cited by the respondent and entitled the plaintiff to examine the books of the defendant to ascertain the amount of the net profits during the time covered by the complaint. (*Thomas* v. *Waite Co.*, 113 App. Div. 494; *Sullivan* v. *Ryan-Parker Construction Co., No. 1*, 148 id. 243.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

AUGUSTUS C. BECHSTEIN, Respondent, v. WALTER BAKER & COMPANY, LIMITED, Appellant. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

AUGUSTUS C. BECHSTEIN, Respondent, v. WALTER BAKER & COMPANY, LIMITED, Appellant. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

SARAH C. BENEDICT, Respondent, v. RUDOLPH BUSCH and Others, Defendants, Impleaded with JOHN ANDREW BUSCH, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the ability of the soldier defendant to meet the obligations of the mortgage